UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| PHILLIP H. MARCH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:16-CV-168 CAS |
| | ) |
| MIDWEST ST. LOUIS, LLC, LOUIS L. AKIN, MAMOUN ABDELJABBER, and ADAM ABDELJABBER, | ) |
| | ) |
| Defendants, | ) |

## ORDER OF DISMISSAL

In accordance with the Memorandum and Order issued on this day and incorporated herein,

**IT IS HEREBY ORDERED** that this action is **DISMISSED** without prejudice.

**IT IS FURTHER ORDERED** that an appeal from this action would not be taken in good faith.

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this 31st day of March, 2016.